Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RASHAD WILLIAMS,<br><br>                    Plaintiff,<br><br>     vs.<br><br>STATE OF NEVADA, DEPARTMENT OF CORRECTIONS; CHARLES DANIELS, DIRECTOR, STATE OF NEVADA, DEPARTMENT OF CORRECTIONS,<br><br>                    Defendants. | CASE NO. 2:22-cv-00996-GMN-DJA<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HIS RESPONSE TO DEFENDANT'S MOTION TO DISMISS<br>[LR 7-1; LR IA 6-2]<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to STATE OF NEVADA, DEPARTMENT OF CORRECTIONS; CHARLES DANIELS, DIRECTOR, STATE OF NEVADA, DEPARTMENT OF CORRECTIONS' (collectively "Defendants") motion to

1

dismiss filed on August 12, 2022, for which the response is currently due on August 26, 2022, will be continued until September 12, 2022.

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given other matters Plaintiff's counsel is involved in, including nine deposition Plaintiff's counsel has to prepare for and take between August 23rd and August 25th in other cases. In addition because this motion to dismiss is dispositive in nature since if seeks to dismiss the whole complaint, Plaintiff's counsel needs more time than usual to respond to the same.  No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendants' motion to dismiss.

| LAW OFFICES OF MICHAEL P. BALABAN | AARON D. FORD ATTORNEY GENERAL |
|---|---|
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV  89141<br>Attorney for Plaintiff<br><br>Dated: August 22, 2022 | /s/ Gerald L. Tan<br>Gerald L. Tan, Esq.<br>Michelle Di Silvestro Alanis, Esq.<br>555 E. Washington Ave., Suite 3900<br>Las Vegas, NV  89101<br>Attorney for Defendants<br><br>Dated: August 22, 2022 |

**IT IS SO ORDERED.**

Dated this  23  day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT