AARON D. FORD
Nevada Attorney General
GERALD L. TAN (Bar No. 13596)
  Deputy Attorney General
MICHELLE DI SILVESTRO ALANIS (Bar No. 10024)
  Supervising Senior Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone:  (702) 486-3584
Facsimile:   (702) 486-3768
E-Mail gtan@ag.nv.gov:
        malanis@ag.nv.gov
*Attorneys for Defendants*
*State of Nevada, Department of Corrections, and*
*Charles Daniels, Director*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RASHAD WILLIAMS,<br><br>     Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF CORRECTIONS; CHARLES DANIELS, DIRECTOR, STATE OF NEVADA, DEPARTMENT OF CORRECTIONS,<br><br>     Defendants. | Case No. 2:22-CV-00996-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO SUBMIT REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 5)** |

The parties, Plaintiff, RASHAD WILLIAMS, and Defendants, STATE OF NEVADA, DEPARTMENT OF CORRECTIONS, and CHARLES DANIELS, DIRECTOR, by and through their respective attorneys of record, hereby submit this stipulation to extend the deadline for Defendants to submit a reply in support of their Motion to Dismiss (ECF No. 5) to **September 30, 2022**.  Plaintiff submitted a response to the Motion to Dismiss on September 10, 2022.  ECF No. 9.

This extension is necessary because Defendants' counsel will have limited availability due to attending the Nevada Government Civil Attorneys Conference as well as preparing for and attending an upcoming administrative evidentiary hearing.  This is Defendants' counsel's

first request to extend the deadline to submit a reply in support of their Motion to Dismiss (ECF No. 5).

**IT IS SO STIPULATED.**

DATED this 14th day of September, 2022.

AARON D. FORD
Attorney General

/s/ Gerald L. Tan
GERALD L. TAN, ESQ.
Deputy Attorney General
Nevada Bar No. 13596
MICHELLE DI SILVESTRO ALANIS
Supervising Senior Deputy Attorney General
Nevada Bar No. 10024
555 East Washington Ave., Ste. 3900
Las Vegas, NV 89101
*Attorneys for Defendant STATE OF NEVADA DEPARTMENT OF CORRECTIONS*

DATED this 14th day of September, 2022.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban
MICHAEL P. BALABAN
Nevada bar No. 9370
10726 Del Rudini Street
Las Vegas, NV 89141
*Attorney for Plaintiff*
*RASHAD WILLIAMS*

**IT IS SO ORDERED.**

Dated this __14__ day of September, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2