AARON D. FORD
Nevada Attorney General
GERALD L. TAN (Bar No. 13596)
  Deputy Attorney General
MICHELLE DI SILVESTRO ALANIS (Bar No. 10024)
  Supervising Senior Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3584
Facsimile: (702) 486-3768
E-Mail gtan@ag.nv.gov:
        malanis@ag.nv.gov
*Attorneys for Defendants*
*State of Nevada, Department of Corrections, and*
*Charles Daniels, Director*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RASHAD WILLIAMS, | Case No. 2:22-CV-00996-GMN-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION** |
| STATE OF NEVADA, DEPARTMENT OF CORRECTIONS; CHARLES DANIELS, DIRECTOR, STATE OF NEVADA, DEPARTMENT OF CORRECTIONS, | **(CURRENTLY SCHEDULED FOR OCTOBER 28, 2022)** |
| Defendants. | |

The parties, Plaintiff, RASHAD WILLIAMS, and Defendants, STATE OF NEVADA, DEPARTMENT OF CORRECTIONS, and CHARLES DANIELS, DIRECTOR, by and through their respective attorneys of record, hereby submit this stipulation to reschedule the Early Neutral Evaluation session (ENE) for this matter, which is currently scheduled for October 28, 2022. This is the first request that the ENE be rescheduled to a different date.

Defense counsel has been informed that Defendants' representatives with settlement authority have a scheduling conflict with the current ENE setting. The parties conferred regarding alternative dates for the ENE and hereby propose the following four (4) dates for the rescheduled ENE:

1

November 3, 2022

November 7, 2022

November 14, 2022

November 28, 2022

Accordingly, the parties hereby request that the current ENE setting be vacated and rescheduled to one of the dates listed above.

**IT IS SO STIPULATED.**

DATED this 14th day of September, 2022.

AARON D. FORD
Attorney General

/s/ Gerald L. Tan
GERALD L. TAN, ESQ.
Deputy Attorney General
Nevada Bar No. 13596
MICHELLE D. ALANIS
Supervising Senior Deputy Attorney General
Nevada Bar No. 10024
555 East Washington Ave., Ste. 3900
Las Vegas, NV 89101
*Attorneys for Defendant STATE OF NEVADA DEPARTMENT OF CORRECTIONS*

DATED this 14th day of September, 2022.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban
MICHAEL P. BALABAN
Nevada bar No. 9370
10726 Del Rudini Street
Las Vegas, NV 89141
*Attorney for Plaintiff*
RASHAD WILLIAMS

IT IS HEREBY ORDERED that the video conference early neutral evaluation session is RESCHEDULED to 10:00 AM, November 28, 2022. The confidential statement is due by 4:00 PM, November 21, 2022.

T IS HEREBY ORDERED that counsel/parties must email chambers at VCF_Chambers@nvd.uscourts.gov, with all email address(es) to be used for the video conference hearing by noon, November 21, 2022.
All else as stated in the order (ECF No. 6) scheduling the ENE remains unchanged.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  September 19, 2022