AARON D. FORD
 Nevada Attorney General
MICHELLE DI SILVESTRO ALANIS (Bar No. 10024)
 Supervising Senior Deputy Attorney General
GERALD L. TAN (Bar No. 13596)
 Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3584
Facsimile: (702) 486-3773
E-Mail: malanis@ag.nv.gov
         gtan@ag.nv.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RASHAD WILLIAMS, | CASE NO. 2:22-cv-00996-GMN-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| STATE OF NEVADA, DEPARTMENT OF CORRECTIONS; CHARLES DANIELS, DIRECTOR, STATE OF NEVADA DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

Defendants, through their counsel Nevada Attorney General Aaron D. Ford and Deputy Attorney General Gerald L. Tan, and Plaintiff, Rashad Williams, through his counsel Michael P. Balaban, hereby stipulate that Plaintiff's Complaint in the instant action shall be dismissed <u>with prejudice</u>, each party to

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

bear their own costs and attorney's fees.

DATED: January 11, 2023

AARON D. FORD
Attorney General

/s/ *Gerald L. Tan*
Gerald L. Tan (Bar. No. 13596)
Deputy Attorney General
*Attorneys for Defendants*

DATED: January 11, 2023

LAW OFFICES OF MICHAEL P. BALABAN

/s/ *Michael P. Balaban*
Michael P. Balaban, Esq. (Bar No. 9370)
10726 Del Rudini Street
Las Vegas, NV 89141
*Attorney for Plaintiff*

### Order

**IT IS SO ORDERED.  IT IS FURTHER ORDERED** that all pending motions are **DISMISSED as moot**.  The Clerk of Court is instructed to close the case.

Dated this  11  day of January, 2023

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT